JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHENE N., <br>     Plaintiff, <br>     v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>     Defendant. | NO. EDCV 21-00160 KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: July 28, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE